WILLIAM W. MILLER, Respondent, *v*, THE CAR TRUST INVESTMENT COMPANY, Appellant.

*Miller* v. *Car Trust Investment Co.*, 120 App. Div. 442, affirmed
(Argued October 5, 1908; decided October 20, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 20, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover on a written contract.

*H. V. Rutherford* and *James Dunne* for appellant.

*John A. Dutton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

ROBERT G. PERRY, as Trustee in Bankruptcy of BROADWAY TRIMMED HAT COMPANY, Respondent, *v.* VAN NORDEN TRUST COMPANY, Appellant.

(Submitted September 28, 1908; decided October 20, 1908.)

Motion for return of remittitur and for re-argument denied, with ten dollars costs. (See 192 N. Y. 189.)